**EXHIBIT A**
**SUMMARY OF SALES PROCEEDS LIENHOLDERS AND DEBTORS' PROPOSED DISTRIBUTION**

**REAL PROPERTY PROCEEDS AND LIENS   Total Proceeds $1,263,053.25**

1. AgCarolina – Total claim with estimated costs and fees $278,887.00
    8.28 Acres located on Kinsaul Willoughby Road, Greenville, NC, Parcel #24067

    129.07 Acres located on Bell Arthur Road, Greenville, NC, Parcel #18607

    25.88 Acres located on Kinsaul Willoughby Road, Greenville, NC, Parcel #10376

    32.92 Acres located on Bell Arthur Road, Greenville, NC Parcel 54805

Land Sales proceeds $495,688

Balance for expenses, secondary lienholders, and unsecured $216,801.00


2. Southern Bank and Trust Company – Total claim with estimated costs and fees $629,102

    113.86 Acres located on Oakley Road, Greenville, NC, Parcel #01455

    5.05 Acres located on Oakley Road, Greenville, NC, Parcel #37281

    114.56 Acres located on US 264 Alternate, Farmville, NC, Parcel #15165

Land Sales proceeds $500,775

Balance for expenses/secondary lienholders/unsecured:   $128,327 to be paid from John Deere 9760 leaving $9,173 for expenses, secondary lienholders/unsecured


. Unencumbered - 25.88 Acres located on Kinsaul Willoughby Road, Greenville, NC, Parcel #10376

Sales proceeds $75,052.00


Total Balance real property proceeds  available for expenses/secondary lienholders/unsecured creditors $301,026.00

**EQUIPMENT PROCEEDS AND LIENS   Total Proceeds $1,401,395.00**

| Equipment | Lien Holder | Purchase Price |
|---|---|---|
| *John Deere 4620 Tractor | unsecured | $6,000.00 |
| *New Holland TS6110 | CNH Capital` | $37,500.00 |
| *John Deere 894 Corn Head | John Deere | $11,500.00 |
| *John Deere 1720 Planter | John Deere | $51,000.00 |
| *Unverferth 3750 Seed Tender | John Deere | $17,000.00 |
| *Geringboff 836 F Corn Head | John Deere | $12,000.00 |
| *Kinze 3600 Planter | Unsecured | $47,500.00 |
| *Kinze 3140 Planter | CNH Capital | $9,000.00 |
| * Sunflower Grain Drill | Unsecured | $7,000.00 |
| *John Deere 8400 Tractor | Unsecured | $45,000.00 |
| *Unverferth 6500 | CNH Capital | $8,250.00 |
| *W/A 12 Row Bedder | Unsecured | $11,000.00 |
| *Roanoke Bush Axe | Unsecured | $10,000.00 |
| *26' Krause Disk | Unsecured | $12,500.00 |
| *31' Krause Disk | CNH Capital | $29,000.00 |
| * Hardee Side Cutter | Unsecured | $4,700.00 |
| *Hardee Side Cutter | Unsecured | $5,000.00 |
| *John Deere 7020 | Unsecured | $10,000.00 |
| *635F John Deere | Unsecured | $6,000.00 |
| *Frontier Round Bale Mover | Unsecured | $7,000.00 |
| *John Deere 8760 | Unsecured | $22,000.00 |
| *John Deere 930 V Ripper 145 Bark | Unsecured | $2,700.00 |

| | | |
|---|---|---|
| *1985 Ford Truck | Unsecured | $1,500.00 |
| *1988 International Truck | Unsecured | $7,500.00 |
| *John Deere 230 26' Disk | Unsecured | $2,750.00 |
| *7 Bottom Harrell Plow | Unsecured | $4,000.00 |
| *Nitrogen Tanks | Unsecured | $26,100.00 |
| *John Deere 9760 | Southern Bank/Unsecured | $9,173.00 |
| *John Deere 1293 Corn Head 30" | Unsecured | $34,000.00 |
| *John Deere 630 F | Unsecured | $8,400.00 |
| *NH T8030 | Unsecured | $71,000.00 |
| *NHTS 135A Tractor | Unsecured | $37,000.00 |
| *9860 50 Combine | Unsecured | $66,000.00 |
| *John Deere 4720 Sprayer | John Deere | $70,000.00 |
| *John Deere 4720 Sprayer | Unsecured | $64,000.00 |
| *John Deere 8430 | Unsecured | $107,000.00 |
| *12 Row Rip Strip | CNH Capital | $32,000.00 |
| *6225 Grain Cart with Scales | CNH Capital | $12,000.00 |
| *1985 Int. 86004280S8TR XV6910 | Unsecured | $3,500.00 |
| *1986 TIMP Trailer | Unsecured | $10,000.00 |
| *1999 Freightliner Tractor Truck | Unsecured | $9,000.00 |
| *2011 Chevrolet Silverado Truck | Wells Fargo | $22,000.00 |
| *2001 Mack Tractor Truck | Unsecured | $18,000.00 |
| *2002 Trans Trailer | Unsecured | $12,000.00 |
| *2013 Chevrolet Silverado | Wells Fargo | $40,500.00 |
| *2014 Chevrolet Silverado | Unsecured | $35,000.00 |

**NOTE – NO KNOWN LIENS ON THE FOLLOWING EQUIPMENT UNLESS NEEDED TO MAKE SECURED CXREDITOR PAYOFF:**

| Item | Price |
|---|---|
| *1997 Ford F-250 | $600.00 |
| *1994 Chevy pick-up | $900.00 |
| *1975 Chevy 1 ton service truck | $450.00 |
| *John Deere Starfire 3000 receiver | $2,250.00 |
| * John Deere Starfire 3000 receiver | $2,250.00 |
| *John Deere Starfire ITC receiver | $1,700.00 |
| *New Holland guidance system | $1,000.00 |
| *John Deere 2630 display (sf2) | $6,500.00 |
| *John Deere 2630 display (sf2) with section control | $9,250.00 |
| *John Deere 2600 display | $4,500.00 |
| *Michelin 380/90 R46 Tires | $600.00 |
| * Reddick 300 gal front mount tank | $3,300.00 |
| *Reddick 200 gal saddle tank | $2,500.00 |
| *John Deere parts; sprayer parts, & pumps | $200.00 |
| *Belts for Cutter Bars | $400.00 |
| *Air Compressor for Honda | $325.00 |
| *(2) Spray Nozzles | $300.00 |
| *Spray Nozzles | 225.00 |
| *Choice of 4 cover tarps (200.00 each) | $800.00 |
| *Cotton Picker grease pump and grease | $325.00 |
| *UWSW Alum fuel tank and took box | $1,000.00 |
| *UWSW Alum fuel tank and took box | $1,000.00 |
| *Square Fuel Tank and Pump | $950.00 |
| * Square Fuel Tank and Pump | $900.00 |
| *NH TG285 | $57,000.00 |

*

| | |
|---|---|
| *8 Row Nitrogen Rig | $2,100.00 |
| *Tyler Fertilizer Tender | $2,400.00 |
| *Ferguson Offset ditcher | $2,400.00 |
| *Bush Hog 2010 rotary cutter 3pt | $3,400.00 |
| *Bush Hog 14ft rotary cutter 3pt | $1,500.00 |
| *Bush Hog 134145 rotary cutter 3pt. | $2,600.00 |
| *Air Hose Reel(Small) | $250.00. |
| *Air Hose Reel (Large) | $275.00 |
| *Miller welder/gen | $2,800.00 |
| *JD Air Compressor | $1,900.00 |
| *Berry Greenhouse Seeder | $3,500.00 |
| *E-Z Trail 880 | $2,300.00 |
| *Noble Do All | $3,600.00 |
| *E-Z Trail 672 | $2,200.00 |
| *E-Z Trail 672 | $2,200.00 |
| *Kinze Fertilizer Openers | $2,220.00 |
| *2008 Jet Hopper Bottom | $17,500.00 |
| *1986 Timpte Hopper Bottom | $10,000.00 |
| *Steel Semi Flatbed | $2,000.00 |
| *Steel Semi Flatbed | $3,000.00 |
| *DMI Tiger-mate II field | $7,500.00 |
| *Pallet Forks | $225.00 |
| *Pallet of Plow Points etc. | $250.00 |
| Saddle tanks | $11,800.00 |

| | |
|---|---:|
| *Miscellaneous Cotton Equipment | $8,530.00 |
| *Miscellaneous Equipment $150.00 and under | <u>$3,320.00</u> |
| | TOTAL  $ 1,273,068.00 |
| Total available for unsecured | $ 921,318.00 |

**SUMMARY OF EQUIPMENT PROCEEDS WITH LIENS:**

1. John Deere – Total claim with estimated interest, costs and fees $129,270.81
Sales proceeds $152,400.00
Balance for expenses/secondary lienholders/unsecured creditors $23,129.19

2. CNH Capital – Total claim with estimated interest, costs and fees $67,232.00

Sales proceeds $103,500.00
Balance for expenses/secondary lienholders/unsecured creditors $36,268.00

3  a. Wells Fargo  – Total claim with estimated interest, costs and fees 2013 Silverado $24,850.53

Sales proceeds $40,500.00
Balance for expenses/ secondary lienholders/unsecured creditors' $15,649.43

   b. . Wells Fargo – Total claim with estimated interest, costs and fees 2011 Silverado $14,171.01

Sales proceeds $22,000.00
Balance for expenses/ secondary lienholders/unsecured creditors $4,828.99

| | |
|---|---|
| Balance of Secured Creditor Sales Proceeds Real Property | $216,801.00 |
| Balance of Secured Creditor Sales Proceeds Equipment | $79,875.51 |
| Unsecured Real Estate Proceeds | $75,052.00 |
| Unsecured Sales Proceeds From Unencumbered Equipment | 921,318.00 |

| | |
|---|---|
| Auctioneer Commission and Expenses | $123,580.34 |
| Net Available for Unsecured Creditors | $1,169,466.17 |
| Estimated Unsecured Claims | $851,571,71 |