**EXHIBIT B**
**RETAINED ASSETS/LIQUIDATION VALUES**

| ASSETS | VALUE | LIEN | EXEMPTION | EQUITY |
|---|---|---|---|---|
| House, shop & lot 3.85 acres, 3278 Speight Seed Farm Road, Winterville, NC | $265,000 | $197,906 | $67,094.00 | -0- |
| Shelter & 2.85 Acres Speight Seed Farm Road, Winterville, NC | $60,000 | -0- | -0- | $60,000 |
| Cash & Bank Accounts | $32,237 | -0- | $4,620 | $27,617 |
| Household Goods | $835 | -0- | $835 | -0- |
| Vehicles | $44,775 | -0- | $7,000 | $37,775 |
| IRA | $272,634 | -0- | $272,634 | -0- |
| 25 Foot Albemarle Boat | $7,995 | -0- | -0- | $7,995 |
| 18 Foot Wellcraft Boat | $2,180 | -0- | -0- | $2,180 |
|  |  |  |  |  |
| **TOTALS** | **$685,656** | **$197,906** | **$352,183** | **$135,567** |